Hilton A. Ryder, # 54470
William H. Littlewood, # 202877
Steven R. Rafalovich, #217976
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiff
Robert E. Allen

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ROBERT E. ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>ATALANTA CORPORATION and ANATOM INVESTMENT CORPORATION,<br><br>          Defendants. | Case No. 1:05-CV-00651-REC-SMS<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

This Court having reviewed the Parties' Stipulation for Dismissal, and good cause appearing therefor, hereby DISMISSES the above-captioned action WITH PREJUDICE.

DATED: October 13, 2005_____

　　　　　　　　　　　　　　　　　　   /s/ ROBERT E. COYLE
　　　　　　　　　　　　　　　　　　Robert E. Coyle
　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com